**Jewell JOHNSON, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE,
Respondent.**

No. 2008–3330.

United States Court of Appeals,
Federal Circuit.

Jan. 6, 2009.

## ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Cecilia P. MORRISSEY, Petitioner,**

v.

**DEPARTMENT OF the TREASURY,
Respondent.**

No. 2009–3044.

United States Court of Appeals,
Federal Circuit.

Jan. 6, 2009.

## CORRECTED ORDER

Petitioner having filed the required Statement Concerning Discrimination, it is,

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 21 days from the date of filing of this order.